Gary BARFIELD, Appellant,

v.

Arvindra BRAR, M.D., Delta Regional Unit, Arkansas Department of Correction; Max Mobley, Deputy Director of Health and Correctional Programs, Arkansas Department of Correction; Regina Jacob, Infirmary Supervisor, Delta Regional Unit, Appellees.

No. 01–2145.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 28, 2001.

Decided Dec. 6, 2001.

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Gary Barfield brought this 42 U.S.C. § 1983 action complaining that appellees and others were deliberately indifferent to his need for knee surgery. The district court[1] granted summary judgment to appellee Max Mobley because he was not involved in the knee surgery decision. After an evidentiary hearing, the court (1) dismissed the claims against Dr. Arvindra Brar because she repeatedly treated Barfield's knee condition, and his assertion

that he required knee surgery was simply a disagreement over the proper course of medical treatment; and (2) dismissed the claims against Regina Jacob because she did nothing but respond to Barfield's grievances by reviewing his medical file. Barfield appeals these rulings. After de novo review of the record, we affirm for the reasons stated in the district court's orders and deny Barfield's motion for appointment of counsel. See 8th Cir. R. 47B.

---

1. The HONORABLE SUSAN WEBBER WRIGHT, Chief Judge of the United States District Court for the Eastern District of Arkansas, adopting the report and recommendation of the HONORABLE J. THOMAS RAY, United States Magistrate Judge for the Eastern District of Arkansas.